IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| PATRICIA G. WILSON, | ) | Case No. 1:21-cv-01433-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The parties, Plaintiff, Patricia G. Wilson and Defendant, United States Department of Labor (DOL), through their undersigned counsel, have moved for this proceeding to be stayed while DOL re-evaluates the administrative claim filed by Plaintiff for multiple myeloma under Part E of the Energy Employees Occupational Illness Compensation Program Act of 2000, as amended, 42 U.S.C. § 7384 *et seq*. The Court, having reviewed the motion and being otherwise advised,

**IT IS HEREBY ORDERED** that the joint motion that this proceeding be stayed is **GRANTED.** The parties will file either a status report or an agreed motion to dismiss within 14 days of the issuance of a final agency decision on Plaintiff's Part E claim for multiple myeloma.

**AND IT IS SO ORDERED.**

s/J. Michelle Childs
J. MICHELLE CHILDS
UNITED STATES DISTRICT JUDGE

July 21, 2021
Columbia, South Carolina